[No. 65259-1-I.   Division One.   January 24, 2011.]

HAROLD CROVISIER, *Respondent*, v. JAMES HENCHES ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 65663-5-I.   Division One.   January 24, 2011.]

*In the Matter of the Marriage of* DHEERAJ KONERU, *Respondent*, and ALEKHYA YALAMANCHILI, *Appellant*.

*Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, A.C.J., and Spearman, J.

[Nos. 39054-0-II; 39060-4-II.   Division Two.   January 25, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEWIS MATCHETTE, *Appellant*.

*Affirmed* by unpublished opinion per Taylor, J. Pro Tem., concurred in by Worswick, A.C.J., and Armstrong, J.